UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK MACIAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　Defendant. | Case No.: 3:15-CV-00461-RCJ<br><br>ORDER |

　　　Respondents having filed a Motion for Enlargement of Time (ECF No. 22), and good cause appearing;

　　　IT IS HEREBY ORDERED that Respondents' Motion for Enlargement of Time (ECF No. 22) is **GRANTED.**  Respondents will have through August 9, 2019, to file an answer or other responsive pleadings to the Petition for Writ of Habeas Corpus (ECF No. 6)

　　　IT IS SO ORDERED.

　　　DATED:  NUNC PRO TUNC:  June 10, 2019.

_____
ROBERT C. JONES
Senior District Judge