**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK MACIAS,<br><br>    Petitioner,<br><br>  vs.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No.: 3:15-cv-00461-RCJ-CLB<br><br>**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 51)** |

Respondents move this Court for an enlargement of time of 45 days from the current due date of March 8, 2021, up to and including April 22, 2021, in which to file their answer to Frank Macias's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 6). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the first enlargement of time sought by Respondents to file the response, and the request is brought in good faith and not for the purpose of delay.

DATED: March 3, 2021.

AARON D. FORD
Attorney General

By: /s/ Trisha Chapman
    Trisha Chapman (Bar. No. 12716)
    Deputy Attorney General

### DECLARATION OF TRISHA CHAPMAN

STATE OF NEVADA    )
                   ) ss:
COUNTY OF CLARK    )

I, TRISHA CHAPMAN, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Frank Macias v. Renee Baker, et al.*, Case No. 3:16-cv-00461-RCJ-CLB, and as such, have personal knowledge of the matters contained herein.

2. This Motion is made in good faith and not for the purpose of delay.

3. The deadline to file the answer to Macias's Petition is March 8, 2021.

4. I have been unable with due diligence to timely complete the response herein. I recently transferred to the Post-Conviction Division of the Attorney General's Office on February 16, 2021. I am in the process of onboarding, training and familiarizing myself with a new caseload. I need additional time to review Macias's appellate record so that I can properly address the merits of his claims and file an answer to his petition as identified by this Court's order issued on January 8, 2021. *See* ECF No. 44.

5. Given that Macias is *pro se*, I have not conferred with the other side for this request.

6. For the foregoing reasons, I respectfully request an enlargement of time of 45 days, up to and including April 22, 2021, in which to file the answer to Macias's Petition.

### ORDER

**IT IS HEREBY ORDERED** that the Motion to Extend Time (ECF No. 51) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents shall file an answer to Macias's Petition for Writ of Habeas Corpus (ECF No. 6 ) on or before April 22, 2021.

**IT IS SO ORDERED** this 8th day of March, 2021.

_____
ROBERT C. JONES
United States District Judge